**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HARRY PERSAUD,

                Plaintiff,                    20 **CIVIL** 5599 (SLC)

      -v-                                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 10, 2021, that the decision of the Commissioner of Social Security shall be, and hereby is, reversed and that that this action shall be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         February 11, 2021

                                                        **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                                  **BY:**
                                                           **Deputy Clerk**